■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACKIE D. CORNETTE, Also Known as GARY CAPMAN, Appellant. [619 NYS2d 1001] —Judgment unanimously affirmed *(see,*

*People v Saunders,* 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Erie County Court, LaMendola, J. —Rape, 1st Degree.) Present—Pine, J. P., Balio, Fallon, Doerr and Boehm, JJ.